NO. 07-09-0388-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MAY 17, 2010

_____

In the Matter of the Marriage of STEPHANIE YVONNE CABELLO
And MATTHEW MARSIAL CABELLO and In the Interest of
MATTHEW MARSIAL CABELLO JR. and YANIN AGUSTINA
CABELLO, Children

_____

FROM THE 320TH DISTRICT COURT OF POTTER COUNTY;

NO. 76,966-D; HONORABLE DON R. EMERSON, PRESIDING

_____

***Memorandum Opinion***

_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Matthew Marsial Cabello (appellant) filed a pro se notice of appeal seeking to alter the trial court's judgment on child support. We dismiss the appeal. The clerk's record was filed with this court on January 19, 2010. No reporter's record was taken. On February 1, 2010, appellant filed a motion for extension of time to file his brief, which was granted to March 22, 2010. On March 25, 2010, appellant filed a second extension to file his pro se brief, which was granted to April 21, 2010, with the admonition that no further extensions would be granted. No brief was filed by that date, so the Court notified appellant on April 28, 2010, that the due date for the brief had lapsed, that the brief had not been filed, and that if it was not received by May 5, 2010, the appeal would

be dismissed for want of prosecution.  To date, no brief or motion to extend the deadline has been filed.  Nor has the court received any explanation for the omission.

Accordingly, we dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1); 42.3(b).

Per Curiam